# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PROSPECT STREET ADMINISTRATORS, INC.,**
Appellant,

v.

**PAMELA JEANNE WALDORF-JANSON,** as Personal Representative of the **ESTATE OF HELYN QUINN WALDORF** a/k/a Helyn Q. Waldorf,
Appellee.

No. 4D20-2340

[October 14, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2018-CP-000445-XXXX-SB.

R. Lee McElroy IV, Victor Gabuardi and Edward Downey of Downey | McElroy, P.A., Palm Beach Gardens, for appellant.

John B.T. Murray, Jr., and John W. Terwilleger of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***